CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 0 5 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRIAN LISTER,<br>                    *Defendant.* | CASE NO. 3:16-CR-50008-4<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hoppe filed a Report and Recommendation (the "Report") on February 8, 2017, in which he recommended that the Court accept Defendant Brian Lister's plea of guilty to the offense charged in Count One of the Superseding Indictment and adjudge the Defendant guilty of that felony offense.

After a careful review of the record, and no objection having been filed to the Report within fourteen days of its service upon the parties, this Court **ADOPTS** the Report in its entirety, **FINDS** the Defendant guilty of Count One of the Indictment, and **ADJUDGES** him guilty of that offense. A presentence report in this matter shall be prepared.

It is so **ORDERED.**

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 5th day of May, 2017.

                                                          /s/ Norman K. Moon
                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE